**John A. Bennett**, OSB #750407
E-mail:    john.bennett@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant Continental Casualty
Company dba CNA Insurance Companies

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| U.S. BANCORP,<br><br>                    Plaintiff,<br><br>     v.<br><br>EMCOR FACILITIES SERVICES, INC.<br>dba and CONTINENTAL CASUALTY<br>COMPANY dba CNA INSURANCE<br>COMPANIES,<br><br>                    Defendants. | Civil No.: 3:22-cv-01962-JR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate

and agree that all claims between Plaintiff and Defendants shall be dismissed, with prejudice,

pursuant to F.R.C.P. 41(a)(1)(A)(ii), with each party to pay its own costs and attorney fees.

As grounds therefore, the parties state that the claims at issue between them have been

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL
WITH PREJUDICE
Page 1**

compromised and settled to their mutual satisfaction.  A separate Release has been executed

for good and sufficient consideration.

      DATED:  February 9, 2023


**SBH LEGAL**

By:   *s/ Rebecca A. Watkins*

Rebecca A. Watkins, OSB #044445
Email:  rwatkins@sbhlegal.com
Telephone: 503.595.2134


Attorneys for Plaintiff U.S. Bancorp

**HITT HILLER MONFILS WILLIAMS**

By:   *s/ Scott T. Schauermann*

Scott T. Schauermann, OSB # 965246
Email:  sschauermann@hittandhiller.com
Telephone: 503.595.5385


Attorneys for Defendant Emcor Facilities
Services, Inc.


**BULLIVANT HOUSER BAILEY PC**

By:   *s/ John A. Bennett*

John A. Bennett, OSB #750407
Email:  john.bennett@bullivant.com
Telephone: 503.228.6351

Attorneys for Defendant Continental
Casualty Company dba CNA Insurance
Companies


4872-3444-4367.1 04455/00401


  IT IS SO ADJUDGED.


Dated:    2/9/2023

By:   /s/ Jolie A. Russo
      Jolie A. Russo
      U.S. Magistrate Judge


**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL
WITH PREJUDICE
Page 2**